

**PHILADELPHIA MUNICIPAL COURT**
**FIRST JUDICIAL DISTRICT OF PENNSYLVANIA**
1339 Chestnut Street, 10th Floor, Philadelphia, PA 19107
Marsha H. Neifield, President Judge    John J. Joyce, Deputy Court Administrator

# SC-17-12-22-5711

| LVNV Funding LLC<br>625 Pilot Road Suite 3<br>Las Vegas, NV 89119<br><br>*Plaintiff* | Gloria Ramos<br>1033 W Russell Street<br>Philadelphia, PA 19140<br><br>*Defendant(s)* |
|---|---|

MICHELLE L. SANGINITI, Esq
_____
**Plaintiff/Attorney**
**Attorney #** _____311248_____

**Address & Phone**  165 PASSAIC AVENUE SUITE 301B
FAIRFIELD, NJ 07004
973-226-0050

# O R D E R

**AND NOW,** to wit this ___27th___ day of _____April_____, ___2018___, upon consideration of the above captioned complaint, it is hereby ordered and decreed that the above captioned case be marked as follows:

TapeID: 2 Start Position: 3:25PM End Position: 4:14PM

Judgment for Defendant.    SEE SCANNED DISPOSITION

**BY THE COURT:**

Barbara S. Gilbert
_____
(M. LOZADA)    **J.**

51 (07/09/01)