IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GLORIA RAMOS,<br>　　　　　　Plaintiffs,<br><br>v.<br><br>LVNV FUNDING, LLC AND FALONI & ASSOCIATES, LLC,<br>　　　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO. 18-5496 |

## O R D E R

**AND NOW**, this 3rd day of March, 2019, upon consideration of Defendants' Motions to Dismiss Plaintiff's Complaint (ECF Nos. 5 & 6) and Plaintiff's response thereto (ECF No. 7), **IT IS HEREBY ORDERED** that Defendants' Motions to Dismiss are **DENIED**.

BY THE COURT:

/s/ Wendy Beetlestone

_____
**WENDY BEETLESTONE, J.**